Samuel D. Robinson, as Administrator, etc., of Isabel Robinson, Deceased, Respondent, v. John D. McCoach, Sheriff of the County of Orange, Appellant.* — Judgment and order affirmed, with costs. No opinion. Lazansky, P. J., Young and Tompkins, JJ., concur; Rich and Scudder, JJ., dissent and vote for reversal and a new trial upon the following grounds: The cross-examination of the witness Grenis at folios 246 to 255, and the summation of plaintiff's counsel at folios 439 to 444 relating to whether or not the defendant was protected by an undertaking against any judgment which might be rendered against him, constitute such error as requires a new trial, and which error, we are of opinion, could not be cured by the charge of the trial court at folios 494 to 495. (*Wildrick* v. *Moore*, 66 Hun, 630; *Manigold* v. *Black River Traction Co.*, 81 App. Div. 381; *Haigh* v. *Edelmeyer & Morgan Hod Elevator Co.*, 123 id. 376; *Frahm* v. *Siegel-Cooper Co.*, 131 id. 747; *Donnelly* v. *Younglove Lumber Co.*, 140 id. 846; *Branoner* v. *Traitel Marble Co.*, 144 id. 569; *Cosselmon* v. *Dunfee*, 172 N. Y. 507; *O'Brien* v. *Hencken & Willenbrock Co.*, 172 App. Div. 142; *Simpson* v. *Foundation Co.*, 201 N. Y. 479; *Rodzborski* v. *American Sugar Refining Co.*, 210 id. 262.)

Max Rothenberg, Respondent, v. Barnett Metzger and Others, Defendants, Impleaded with Louis I. Harris, Appellant.— Order, in so far as it denies motion of defendant Louis I. Harris to strike out paragraph 18 of the amended complaint, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

Patrick Ryan, Respondent, v. Progressive Grocery Stores, Inc., Appellant. — Judgment and order of the City Court of White Plains affirmed, with costs. No opinion. Young, Scudder and Tompkins, JJ., concur; Lazansky, P. J., and Rich, J., dissent and vote for reversal and a dismissal of the complaint.

Schultz & Son, Inc., Respondent, v. Nels H. Nelson, Defendant, and Selma Stille, Appellant.— Judgment affirmed, with costs. No opinion. Rich, Young, Scudder and Tompkins, JJ., concur; Lazansky, P. J., dissents and votes for reversal upon the ground that appellant owed the purchaser no duty out of which the purchaser is entitled to damages. To the claim that appellant agreed to convey if the time of the closing of title were adjourned, the Statute of Frauds is a good defense.

Beatrice Schwartz, Respondent, v. Partos Realty Corporation and Nicholas C. Partos, Appellants.— Order denying defendants' motion to dismiss complaint reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The complaint does not state facts sufficient to constitute a cause of action. (*King* v. *King*, 37 Misc. 63; *Barkley* v. *Muller*, 164 App. Div. 351.) Rich, Young, Scudder and Tompkins, JJ., concur; Lazansky, P. J., concurs in result.

Clarence H. Venner (Formerly Deininger and Others), Suing as a Stock-

---

* Affd., 255 N. Y. ——.